IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) ) ) ) SCHWAN'S GLOBAL SUPPLY CHAIN, INC. ) ) Defendant. ) ) | CIVIL ACTION NO. JURY TRIAL DEMAND |

## COMPLAINT

This is an action under Title I and Title V of the Americans with Disabilities Act of 1990 ("ADA"), and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability, and to provide appropriate relief to Ernest McCaster ("McCaster"), who was adversely affected by Defendant Schwan's Global Supply Chain. Inc.'s ("Schwan's") unlawful hiring practices. As alleged with greater particularity below, Defendant unlawfully refused to hire Mr. McCaster because of his disability, visual impairment.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and pursuant to § 102 of the Civil Rights of Act of 1991, 42 U.S.C. § 1981a.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States Court for the Western District of Kentucky, Covington Division.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission (the "Commission" or "EEOC"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.     Defendant Schwan's is a Minnesota Corporation, registered to do business in the Commonwealth of Kentucky. At all relevant times, Schwan's has been doing business in the Commonwealth of Kentucky and the City of Florence, and has continuously had at least 15 employees.

5.     At all relevant times, Defendant Schwan's has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C.§ 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.     At all relevant times, Defendant Schwan's has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7.     More than thirty days prior to the institution of this lawsuit, McCaster filed a charge with the Commission alleging violations of Title I and Title V of the ADA by Defendant Schwan's. All conditions precedent to the institution of this lawsuit have been fulfilled.

8.     Since at least 2007, Defendant has engaged in unlawful employment practices in

violation of Sections 102 et. seq. of Title I of the ADA, 42 U.S.C. § 12112 et seq.

9. Mr. McCaster suffers from a visual impairment. Defendant unlawfully refused to hire Mr. McCaster from a temporary bakery position to a full time, permanent bakery position because of his visual impairment.

10. The effect of the unlawful employment practices complained of above has been to deprive McCaster of equal employment opportunities and otherwise adversely affected his status as an applicant for employment.

11. The unlawful employment practices complained of in the paragraphs above were intentional.

12. The unlawful employment practices complained of in the paragraphs above were done with malice or with reckless indifference to the federally protected rights of Mr. McCaster.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from refusing to hire qualified individuals with disabilities or from engaging in any other employment practice which discriminates on the basis of disability.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices

C. Order Defendant to make Mr. McCaster whole, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not

limited to instatement of Mr. McCaster or order an award of front pay in an amount to be proved at trial if instatement is impractical.

  D. Order Defendant to make whole Mr. McCaster by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in the paragraphs above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, and job search expenses in amounts to be determined at trial.

  E. Order Defendant to pay Mr. McCaster punitive damages for its malicious and reckless conduct, as described above, in an amount to be determined at trial.

  F. Grant such further relief as the Court deems necessary and proper in the public interest.

  G. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

s/Laurie A. Young
LAURIE A. YOUNG
Regional Attorney, #11480-49

s/Michelle Eisele
MICHELLE EISELE,
Supervisory Trial Attorney, #12070-49

5

<div style="margin-left: 40%;">

<u>s/Aimee L. McFerren</u>
Aimee L. McFerren
Kentucky Bar No.: 89912
Federal I.D. No.: 36953
EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
600 Dr. Martin Luther King, Jr. Place
Suite 268
Louisville, KY 40202
502-582-6308
502-582-5435 (fax)
aimee.mcferren@eeoc.gov

</div>